Submitted April 2, 2020, affirmed February 3, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ROBERT KENNETH LaFOLLETTE,
aka Robert K. Lafollette,
*Defendant-Appellant.*

Linn County Circuit Court
16CR82075, 11081398;
A167975 (Control), A167976

480 P3d 315

Thomas McHill, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Stephanie J. Hortsch, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Philip Thoennes, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Powers, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Chorney-Phillips*, 367 Or 355, 478 P3d 504 (2020).